K.C. MAXWELL (214701)
Email: *kcm@kcmaxlaw.com*
LAW OFFICE OF K.C. MAXWELL
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 500-6630
Facsimile: (415) 888-2372

Attorney for Defendant
LOUIS RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>LOUIS RODRIGUEZ, et al.,<br><br>    Defendant. | Case No. CR 12-00119-SI [and related Case No. CR 12-250 SI]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING**<br><br>Judge: Honorable Susan Illston<br>Place: Courtroom 10, 19th Floor |

CASE NO. CR 12-00119-SI

## STIPULATION

The undersigned parties respectfully request that the sentencing hearing currently scheduled for February 28, 2014, continued to March 21, 2014 for a hearing at 11:00 a.m.

Defense counsel has communicated with Assistant United States Attorney Acadia Senese and Probation Officer Trevor Lillian and they do not object to a continuance of this matter.

**IT IS SO STIPULATED:**

Dated: February 12, 2014                LAW OFFICE OF K.C. MAXWELL


*/s/ K.C. Maxwell*
K.C. Maxwell
Attorney for Defendant LOUIS RODRIGUEZ


U.S. DEPARTMENT OF JUSTICE


*/s/ Acadia Senese*
Acadia Senese
Attorneys for the United States

**FILER'S ATTESTATION**

*Filer's Attestation: Pursuant to General Order No. 45, section X(B) regarding signatures, K.C. Maxwell hereby attests that concurrence in the filing of this document has been obtained.*

1.                                                                              CASE NO. CR 12-00119-SI

[Proposed] Order

Accordingly, for good cause shown, the Court Hereby Orders that the sentencing hearing scheduled for February 28, 2014 is continued to March 21, 2014.

It Is So Ordered:

Dated: 2/13/2014

THE HONORABLE ~~SUSAN ILLSTON~~ EDWARD M. CHEN
United States District Judge